AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES

V.

ROBERT LIGHTFOOT Jr.

**EXHIBIT AND WITNESS LIST**

Case Number: 14-MJ-2125-MBB

| PRESIDING JUDGE<br>Judge Bowler | | PLAINTIFF'S ATTORNEY<br>D. Tobin | | DEFENDANT'S ATTORNEY<br>C. McGinty | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>03/28/2014 | | COURT REPORTER<br>Digital | | COURTROOM DEPUTY<br>B. Garvin | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/28/2014 | | | Government calls Jeffrey Rogers |
| 1 | | 3/28/2014 | x | x | US Postal Service Warning and Waiver of Rights |
| 2 | | 3/28/2014 | x | x | US Postal Inspector Scott Kelley's memorandum of interview dated 3/27/14 |
| 3 | | 3/28/2014 | x | x | Written statement of Robert Lightfoot Jr. |
| | | 3/28/2014 | | | |
| | | 3/28/2014 | | | |
| | | 3/28/2014 | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages