UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | *   Criminal No.14-cr-10176-IT |
| ROBERT BRUCE LIGHTFOOT, | * |
| | * |
| Defendant. | * |

ORDER ON EXCLUDABLE TIME

February 5, 2015

TALWANI, D.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, that the Defendant requires additional time for the preparation of an effective defense, including time to meet with his client, and that the interests of justice outweigh the best interests of the public and the defendant for a trial within seventy days of the return of an indictment, and that not granting this continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of **January 29, 2015 and February 12, 2015**, that being the period between the expiration of the last order of excludable time and the date of the Defendant's next appearance before the district court.

Based upon the prior orders of the court dated June 10, 2014 [#8], September 5, 2014

[#19], October 3, 2014 [#22], October 20, 2014 [#26], December 2, 2014 [#33], December 4, 2014 [#38], December 18, 2014 [#42], and January 16, 2015 [#46], there will be seven (7) days of non-excludable time under the Speedy Trial Act and sixty-three (63) days will remain under the Speedy Trial Act in which this case must be tried.

IT IS SO ORDERED.

Date: February 5, 2015

/s/ Indira Talwani
United States District Judge