UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | *   Criminal No.14-10176-IT |
| ROBERT BRUCE LIGHTFOOT, | * |
| | * |
| Defendant. | * |

ORDER ON EXCLUDABLE TIME

March 20, 2015

TALWANI, D.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, that the Defendant requires additional time for the preparation of an effective defense, including time to meet with his client to discuss plea options, to review evidence, and to prepare for trial, and that the interests of justice outweigh the best interests of the public and the defendant for a trial within seventy days of the return of an indictment, and that not granting this continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Government's Assented to Motion to Exclude Time [#58] is ALLOWED and it is hereby ordered that the Clerk of this Court enter excludable time for the period of **February 12, 2015 to June 15, 2015**, that being the period between the expiration of the last order of excludable time and the date of the Defendant's scheduled trial.

Based upon the prior orders of the court dated June 10, 2014 [#8], September 5, 2014 [#19], October 3, 2014 [#22], October 20, 2014 [#26], December 2, 2014 [#33], December 4,

2014 [#38], December 18, 2014 [#42], January 16, 2015 [#46], and February 5, 2015 [#52] there will be seven (7) days of non-excludable time under the Speedy Trial Act and sixty-three (63) days will remain under the Speedy Trial Act in which this case must be tried.

IT IS SO ORDERED.

Date: March 20, 2015                                                                /s/ Indira Talwani
                                                                                    United States District Judge